**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFERY JONES<br><br>　　Plaintiff,<br><br>v.<br><br>PUBLICIS SAPIENT<br>a/k/a PUBLICIS.SAPIENT<br>a/k/a SAPIENT CORPORATION<br><br>　　Defendant. | Case No.:　　1:19-cv-02638-CRC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Plaintiff's counsel, Phillis h. Rambsy ("Movant") respectfully requests leave to withdraw her appearance on behalf of the Plaintiff, Jeffrey Jones, as one of the attorneys of record in this matter. In support of her motion, Movant states as follows:

1. Plaintiff will continue to be represented by counsel from The Spiggle Law Firm.

2. Plaintiff's counsel, Robert Porter, will continue to represent Plaintiff in this case.

(Remainder of Page Left Intentionally Blank)

WHEREFORE, Movant respectfully requests that this Court grant her leave to withdraw as one of the attorneys of record in this action and grant such other, further relief as the Court deems just and proper.

Date:  November 22, 2019

Respectfully submitted,

The Spiggle Law Firm, PC

 /s/ Phillis h. Rambsy
Phillis h. Rambsy
The Spiggle Law Firm
4830 A 31st Street, South
Arlington, Virginia 22206
202-499-8527 (telephone)
202-540-8018 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I served the foregoing Motion for Leave to Withdraw on all counsel of record through the Court's CM/ECF system.

 /s/ Phillis h. Rambsy
Phillis h. Rambsy
The Spiggle Law Firm
4830 31st Street South, Suite A
Arlington, Virginia 22206
(202) 449-8527 (telephone)
(202) 540-8018 (facsimile)